IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00663-BNB

MICHAEL WHITINGTON,

    Plaintiff,

v.

CHRISTINE NOSCHETTI,
LT. TRUJILLO,
C/O REAL,
CAPT. GONZALES,
LT. STEINBECK,
JOHN DOE,
JANE DOE,
CAPT. BUTTLER,
JOHN DOE II,
WARDEN ESTEP,
CAPT. MICHAELS,
C/O GONZALES,
JANE DOE II,
JOHN DOE III,
JOE ORTIZ,
DIRECTOR OF CDOC MENTAL HEALTH, and
WILLIAM ZALMAN,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 28 2007

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the motion submitted by Plaintiff Michael Whitington and filed with the Court on June 25, 2007, titled "Motion to Compel Judge Boyd N. Boland and the Court Clerk to Supply the Plaintiff With a Copy of the Amended Complaint That the Plaintiff Payed [sic] the Court to Copy and Grant an Extention [sic] of Time to Comply With Judge Boyd Bolands [sic] May 8th, 2007 Order." The motion to compel is DENIED. The motion for an extension of time is GRANTED.

    Despite Plaintiff's protest to the contrary, this Court has not received funds to pay for copies of the complaint and amended complaint that Plaintiff filed on April 3 and 23, 2007. The April 3 complaint is twenty-five pages long. The April 23 complaint also is twenty-five pages long. As he was informed in the Court's June 8, 2007, minute order, Plaintiff may obtain copies of these documents at a cost of fifty cents per page, to be

paid in advance. Plaintiff must inform the Court that the funds he submits are earmarked for photocopies of the April 3 and 23 complaints or the submitted funds will be applied to the filing fee owed in the instant action. Plaintiff will be allowed **thirty (30) days from the date of this minute order** in which to file a second amended complaint that complies with the May 8, 2007, order.

Dated: June 28, 2007

---

Copies of this Minute Order mailed on June 28, 2007, to the following:

Michael Whitington
Prisoner No. 98082
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Secretary/Deputy Clerk