IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00663-LTB-CBS

MICHAEL WHITINGTON,
    Plaintiff,
v.

CHRISTINE MOSCHETTI,
LT. TRUJILLO,
C/O REAL,
CAPT. GONZALES,
LT. STIENBECK, Warden of DRDC in 1998,
PLAINTIFF'S CASEMANAGER IN 1998 AT DRDC,
CAPT. BUTLER, Limon's IWLP Supervisor,
WARDEN ESTEP,
CAPT. MICHAELS,
C/O GONZALES, Ass. Warden of FLCF,
CDOC MEDICAL DIRECTOR,
JOE ORTIZ,
CDOC MENTAL HEALTH DIRECTOR,
WILLIAM ZALMAN,
THOMAS BULLARD,
E. LITTLE,
LT. VAN METER,
WARDEN LAYBA, and
SCCF PROGRAMS MANAGER,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 2 4 2007

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court for service of the Second Amended Complaint (doc. # 14). Pursuant to the Order of Reference dated July 31, 2007 (doc. # 17), this case was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, including discovery and other non-dispositive motions . . . ." On May 7, 2007, the court granted Plaintiff Whitington leave to proceed *in forma pauperis* pursuant

to 28 U.S.C. § 1915. (*See* doc. # 5). It is now

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the Defendants. If the Clerk of the Court is unable to do so, the United States Marshal shall serve a copy of the Second Amended Prisoner Complaint (doc. # 14) and summons upon the Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the Defendants shall respond to the Second Amended Prisoner Complaint (doc. # 14) as provided for in the Federal Rules of Civil Procedure after service of process on the Defendants.

Dated at Denver, Colorado this 20th day of August, 2007.

BY THE COURT:


s/Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00663-LTB-CBS

Michael Whitington
Prisoner No. 98082
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Christine Moschetti, Lt. Trujillo, c/o Real, Capt. Gonzales,
Lt. Steinbeck, Warden of DRDC in 1998,
Plaintiff's Casemanager in 1998 at DRDC, Capt. Butler,
Limon's IWLP Supervisor, Warden Estep, Capt. Michaels,
c/o Gonzales, Ass. Warden of FLCF, CDOC Medical Director,
CDOC Mental Health Director, William Zalman,
Thomas Bullard, E. Little, Lt. Van Meter,
Warden Layba, and SCCF Programs Manager, **- WAIVER \***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

US Marshal Service
Service Clerk
Service forms for: Joe Ortiz

   I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on    Christine Moschetti, Lt. Trujillo, c/o Real, Capt. Gonzales, Lt. Steinbeck, Warden of DRDC in 1998, Plaintiff's Casemanager in 1998 at DRDC, Capt. Butler, Limon's IWLP Supervisor, Warden Estep, Capt. Michaels, c/o Gonzales, Ass. Warden of FLCF, CDOC Medical Director, CDOC Mental Health Director, William Zalman, Thomas Bullard, E. Little, Lt. Van Meter,

Warden Layba, and SCCF Programs Manager, to The US Marshal Service for service for process on Joe Ortiz; and to John Suthers: SECOND AMENDED COMPLAINT FILED 07/02/07, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 8/24/07.

GREGORY C. LANGHAM, CLERK

By_____
Deputy Clerk