IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00663-LTB-KMT

MICHAEL WHITINGTON,

    Plaintiff,

v.

CHRISTINE MOSCHETTI,
LT. CARL TRUJILLO,
C/O JOHN RAEL,
CAPT. EUGENE GONZALES,
LT. ROBERT STEINBECK,
WILLIAM BOKROS,
LARRY TURNER,
CAPT. SUSAN BUTLER,
LIMON'S IWLP SUPERVISOR,
WARDEN AL ESTEP,
CAPT. NANCY MICHIELS,
C/O RICKY GONZALES,
ASS. WARDEN CHERYL SMITH,
CDOC MEDICAL DIRECTOR,
JOE ORTIZ,
CDOC MENTAL HEALTH DIRECTOR,
WILLIAM ZALMAN,
THOMAS BULLARD,
EVA LITTLE,
LT. GLEN VAN METER,
WARDEN RON LEYBA,
SCCF PROGRAM MANAGER KIM THOMPSON,

    Defendants.

# ORDER

This matter is before the court on Plaintiff's Motion for Enlargement of Time to Complete Discovery [Doc. No. 48, filed March 25, 2008]. Having reviewed the court's file and the motion, it is

ORDERED:

**1.      All parties will file separate status reports by no later than April 15, 2008** detailing all discovery which has been initiated up until that date, including whether adequate initial disclosures were made, what written discovery requests have been made, the status of responses made to written discovery and the schedules of deposition.  As to any anticipated depositions which have not been scheduled, the parties will set forth the name or general description by title or occupation of the deponent, when the deposition will likely be scheduled and what arrangements will be made by the person taking the deposition for a room and presense and payment of a court reporter to complete the deposition.  Further, the parties will state with particularity whether they intend to endorse any experts and, if so, how many experts are anticipated, the nature or description of the general fields of expert testimony and when the parties will be endorsing the experts and providing expert reports.  Status reports may be filed jointly for parties similarly situated with respect to discovery in this case.

2. The defendants shall respond in writing to the plaintiff's Motion for Enlargement of Time to Complete Discovery [Doc. No. 48] **on or before April 9, 2008.**

Dated this 28th day of March, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge