IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00663-LTB-KMT

MICHAEL WHITINGTON,

    Plaintiff,

v.

CHRISTINE MOSCHETTI,
LT. CARL TRUJILLO,
C/O JOHN RAEL,
CAPT. EUGENE GONZALES,
LT. ROBERT STEINBECK,
WILLIAM BOKROS,
LARRY TURNER,
CAPT. SUSAN BUTLER,
LIMON'S IWLP SUPERVISOR,
WARDEN AL ESTEP,
CAPT. NANCY MICHIELS,
C/O RICKY GONZALES,
ASS. WARDEN CHERYL SMITH,
CDOC MEDICAL DIRECTOR,
JOE ORTIZ,
CDOC MENTAL HEALTH DIRECTOR,
WILLIAM ZALMAN,
THOMAS BULLARD,
EVA LITTLE,
LT. GLEN VAN METER,
WARDEN RON LEYBA,
SCCF PROGRAM MANAGER KIM THOMPSON,

    Defendants.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Plaintiff's "Motion to Withdraw Motion to Withdraw Complain [sic] Without Prejudice and 45 Days to File a Response to Motion for Summary Judgment" (#67, filed September 15, 2008) is GRANTED in part. Plaintiff's "Motion to Withdraw Complaint Without Prejudice" [Doc. No. 58] is WITHDRAWN. Plaintiff shall have up to and including October 20, 2008 to file his response to the motion for summary judgment.

Plaintiff's "Motion to Clarify the Record and Issue a [sic] Order to the Plaintiffs [sic] Motion to Withdraw his Complaint Without Prejudice" (#64, filed August 4, 2008) is DENIED as moot.

Dated: September 22, 2008