### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 07-cv-00663-LTB-KMT | FTR |
| **Date:** July 07, 2009 | Debra Brown, Deputy Clerk |
| MICHAEL WHITINGTON | Pro se (Telephone) |
| Plaintiff, | |
| v. | |
| CAPT. BUTTLER, et al. | Christopher Alber |
| | Andrew Ringel |
| Defendant. | |

### COURTROOM MINUTES / MINUTE ORDER

**FINAL PRETRIAL CONFERENCE/MOTIONS HEARING**

**Court in session: 9:57 a.m.**

Court calls case. Appearance by plaintiff, pro se by telephone and of counsel.

**ORDERED:** The Final Pretrial Order was reviewed. The proposed Final Pretrial Order was not approved.

**ORDERED:** **FINAL PRETRIAL CONFERENCE** is reset for **August 18, 2009 at 10:30 a.m. in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.**

Plaintiff and his case manager, or a representative of the facility, shall contact the Court at (303) 335-2780 on the above date and time in order to participate.

**ORDERED:** Plaintiff's "MOTION to Supplement [80] MOTION to Compel" [Document #101, filed July 01, 2009] is **granted.**

Plaintiff's "MOTION to Supplement [80] MOTION to Compel" [Document #101, filed July 01, 2009] at issue:

**ORDERED:** Plaintiff's "MOTION to Compel Defendants To Produce Discoverable Documents" [Document #80, filed May 13, 2009] is **granted in part and denied in part as follows:**

Request for production of documents #22, #23, #24, #28 and #29 are **denied.** All claims concerning activities at AVCF have been dismissed.

Request for production of document #25, #27, #34 and #37 are **granted in part.** Defendants shall within fifteen (15) days, produce any relevant computer print-out, or database equivalent as discussed in Court and shall also produce copies of the Colorado Department of Corrections Central Transport Unit data sheet for the dates on when Plaintiff was transferred to different facilities for the time period April 2005 through August 2005.

Request for production of document #35 is **denied as moot.**

Request for production of document #30 is **denied as over broad.**

Request for production of document #36 is **denied.**

Request for production of document #50, #51, #53 and #56 are **denied as moot.**

Request for production of document #48 is **granted.** Defendant shall supplemental their response within fifteen (15) days.

Request for production of document #49, #52, #54 and #55 are **denied.**

**Court in Recess: 11:26 a.m.**
Total In-Court Time 1:29; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.